IN THE MATTER OF THE PETITION OF LUCINDA S. MORGAN et al., Trustees, etc., Respondents, FOR THE REMOVAL OF WILLIAM R. MORGAN, Appellant.

THE SAME, Appellant, v. THE SAME, Respondents.

THE SAME, Appellant, v. THE SAME, Respondents.

(Argued April 20, 1876; decided April 28, 1876.)

*John A. Godfrey* for the appellant.

*Joseph H. Choate* for the respondents.

Agree to affirm.   No opinion.
All concur.
Order affirmed.